Cheryl Phifer v. City of Grand Rapids et al
1:08-cv-665

# Exhibit List

Exhibit 1 page 1 of 1
Exhibit 2 page 1 of 3
Exhibit 2 page 2 of 3
Exhibit 2 page 3 of 3
Exhibit 3 page 1 of 2
Exhibit 3 page 2 of 2
Exhibit 4 page 1 of 2
Exhibit 4 page 2 of 2
Exhibit 5 page 1 of 1
Exhibit 6 page 1 of 1
Exhibit 7 page 1 of 1
Exhibit 8 page 1 of 2
Exhibit 8 page 2 of 2
Exhibit 9 page 1 of 1
Exhibit 10 page 1 of 3
Exhibit 10 page 2 of 3
Exhibit 10 page 3 of 3
Exhibit 11 page 1 of 11
Exhibit 11 page 2 of 11
Exhibit 11 page 3 of 11
Exhibit 11 page 4 of 11
Exhibit 11 page 5 of 11
Exhibit 11 page 6 of 11
Exhibit 11 page 7 of 11
Exhibit 11 page 8 of 11
Exhibit 11 page 9 of 11
Exhibit 11 page 10 of 11
Exhibit 11 page 11 of 11
Exhibit 12 page 1 of 1
Exhibit 13 page 1 of 1
Exhibit 14 page 1 of 1
Exhibit 15 page 1 of 1

Exhibit 16 page 1 of 1
Exhibit 17 page 1 of 1
Exhibit 18 page 1 of 2
Exhibit 19 page 2 of 2
Exhibit 20 page 1 of 1
Exhibit 21 page 1 of 1
Exhibit 22 page 1 of 1
Exhibit 23 page 1 of 3
Exhibit 23 page 2 of 3
Exhibit 24 page 3 of 3
Exhibit 25 dvd psa
Exhibit 26 dvd set
Exhibit 27 dvd
Exhibit 33 page 1 of 1
Exhibit 34 page 1 of 1
Exhibit 35 page 1 of 1
Exhibit 36 page 1 of 1
Exhibit 37 page 1 of 1
Exhibit 38 page 1 of 1
Exhibit 39 page 1 of 2
Exhibit 39 page 2 of 2
Exhibit 40 page 1 of 1
Exhibit 41 page 1 of 1
Exhibit 42 page 1 of 1 + dvd
Exhibit 43 page 1 of 1
Exhibit 44 page 1 of 2
Exhibit 44 page 2 of 2
Exhibit 45 page 2 of 2
Exhibit 46 page 1 of 1
Exhibit 47 page 1 of 1
Exhibit 50 page 1 of 1